IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TIMOTHY SNEED,

    Plaintiff,

v.                                                                  4:22cv126–WS/MJF

DR. A. ACOSTA-MARTINEZ and
RICKY D. DIXON,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation (ECF No. 17) docketed November 18, 2022. The magistrate judge recommends that (1) Plaintiff's Eighth-Amendment official-capacity claim against Dr. A. Acosta-Martinez be dismissed with prejudice for failure to state a claim upon which relief may be granted; and (2) Plaintiff's Eighth-Amendment and Fourteenth-Amendment official-capacity claims against Ricky Dixon be dismissed without prejudice because such claims are improperly joined to the claims against Dr. Acosta-Martinez. Plaintiff has filed objections (ECF No. 22) to the report and

recommendation.

Having reviewed the record in light of Plaintiff's objections, the court finds that the magistrate judge's report and recommendation is due to be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 17) is hereby ADOPTED and incorporated by reference in this order.

2. Plaintiff's Eighth-Amendment official-capacity claim against Dr. A. Acosta-Martinez is DISMISSED with prejudice for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A(b)(1) and 1915(e)(2)(b)(ii).

3. Plaintiff's Eighth-Amendment and Fourteenth-Amendment official-capacity claims against Ricky Dixon are DISMISSED without prejudice.

4. The clerk shall return the case to the magistrate judge for further proceedings on Plaintiff's remaining Eighth-Amendment individual-capacity claim against Dr. A. Acosta-Martinez.

DONE AND ORDERED this __15th__ day of __February__, 2023.

                                              s/ William Stafford
                                              WILLIAM STAFFORD
                                              SENIOR UNITED STATES DISTRICT JUDGE