IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TIMOTHY SNEED,

    Plaintiff,

v.	4:22cv126–WS/MJF

DR. A. ACOSTA-MARTINEZ,

    Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF 64) docketed December 11, 2024. The magistrate judge recommends that Defendant's motion for summary judgment (ECF No. 59) be granted. Plaintiff has filed objections (ECF No. 65) to the report and recommendation.

Having reviewed the record, including Plaintiff's objections to the magistrate judge's report and recommendation, the undersigned has determined that the report and recommendation is due to be adopted. Accordingly, it is ORDERED:

    1. The magistrate judge's report and recommendation (ECF No. 64) is

ADOPTED and incorporated into this order of the court.

2. Defendant's motion for summary judgment (ECF No. 59) is GRANTED.

3. The clerk shall enter judgment stating: "Plaintiff's claims against Defendant Dr. A. Acosta-Martinez are DISMISSED with prejudice."

4. The clerk shall close the case.

DONE AND ORDERED this   14th   day of   January  , 2025.


                        s/ William Stafford
                        WILLIAM STAFFORD
                        SENIOR UNITED STATES DISTRICT JUDGE